WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sprint Communications Company LP,<br><br>Plaintiff,<br><br>v.<br><br>FNF Construction, Inc.,<br><br>Defendant. | No. CV-18-00274-TUC- BGM<br><br><br><br>**ORDER** |

Currently pending before the Court is the Parties' Stipulation for Dismissal with Prejudice of Defendant FNF Construction, Inc. (Doc. 77). Having reviewed the same, and good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. **The Clerk of the Court shall close its file in this matter.**

Dated this 18th day of February, 2020.

                                            Honorable Bruce G. Macdonald
                                            United States Magistrate Judge